UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#291535

IN RE:  
SEAN MICHAEL FERRELL

CASE NO. 07-11848-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 9.64 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 5 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

SEAN MICHAEL FERRELL  
3240 MARY STREET  
APT. S-201  
MIAMI, FL 33133

ANDREW BELLINSON, ESQ.  
10800 BISCAYNE BLVD  
SUITE 925  
MIAMI, FL 33161

COURTYARDS IN THE GROVE COA  
2200 NW 102 AVE, UNIT 5  
DORAL, FL 33172

COURTYARDS IN THE GROVE COA  
2200 NW 102 AVE, UNIT 5  
DORAL, FL 33172

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.  07-11848-BKC-AJC
SEAN MICHAEL FERRELL


                                    CHAPTER 13


SEAN MICHAEL FERRELL

3240 MARY STREET
APT. S-201
MIAMI, FL 33133

ANDREW BELLINSON, ESQ.
10800 BISCAYNE BLVD
SUITE 925
MIAMI, FL 33161

COURTYARDS IN THE GROVE COA    ---------$          7.30
2200 NW 102 AVE, UNIT 5
DORAL, FL 33172                                    UNDELIVERABLE/STALE
                                                   CLAIM REGISTER# 7-1


COURTYARDS IN THE GROVE COA    ---------$          2.34
2200 NW 102 AVE, UNIT 5
DORAL, FL 33172
                                                   UNDELIVERABLE/STALE
                                                   CLAIM REGISTER# 7-1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130